United States District Court
Southern District of Texas
**ENTERED**
December 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHRYN HIX | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-201 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff'S Stipulation of Dismissal (Doc. No. 10, this case is

**DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41. All costs of court are

taxed against the party incurring same.

SIGNED at Houston, Texas, this ___12th___ day of December 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE